JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cv-02127-SJO-AJWx |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| ERIC ANDERSON, aka ERIC J. ANDERSON | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Eric Anderson, in the principal amount of $2,691.65 plus interest accrued to March 20, 2014, in the sum of $4,999.92; with interest accruing thereafter at 8.00% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**7,691.57**.

DATED:5/22/14

*[signature: S. James Otero]*

Honorable S. James Otero
United States District Judges

Page 1